No. 93–7221. WOLFE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–7222. ZAMORA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7223. SCHOKA *v.* BURNS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7224. THOMAS *v.* NATIONAL UNION FIRE INSURANCE CO. ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 93–7225. GAMBLE *v.* EAU CLAIRE COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–7226. FOLKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7227. HARRIS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–7231. BANKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7232. DEL VISCOVO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7233. SPELLMAN *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 93–7236. CROSS *v.* VICKREY ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7237. TENNEY *v.* IDAHO DEPARTMENT OF FINANCE ET AL. Ct. App. Idaho. Certiorari denied.

No. 93–7238. RUMLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7239. ALEXANDER *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 93–7240. CEBALLOS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.